THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Adongo Johnson, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Charleston County
 William P. Keesley, Post Conviction
 Relief Judge
Memorandum Opinion No. 2009-MO-016
Submitted March 18, 2009  Filed April 13,
 2009   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Matthew J. Friedman, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the denial of Petitioners application
 for Post-Conviction Relief.  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.